IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROOKS AUTOMOTIVE GROUP, INC, *formerly known as* BROOKS OLDSMOBILE-CADILLAC-GMC TRUCK, INC., and B.L.P. REAL ESTATE, LLC<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GENERAL MOTORS LLC,<br><br>　　　　　　Defendant. | CIVIL ACTION NO.:<br>2:18-cv-00798-AJS<br><br>The Hon. Arthur J. Schwab |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT HUGH ELLIS

Robert Hugh Ellis, undersigned counsel for Defendant General Motors LLC, respectfully moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant, General Motors LLC, pursuant to LCvR 83.2.B.

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Robert Hugh Ellis filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules.

DATED this 6th day of August, 2018.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By: /s/ *Robert Hugh Ellis*
　　　　　　　　　　　　　　　　　Robert Hugh Ellis, Esq.
　　　　　　　　　　　　　　　　　MI. I.D. No. P72320
　　　　　　　　　　　　　　　　　WI I.D. No. 1057332
　　　　　　　　　　　　　　　　　**DYKEMA GOSSETT PLLC**
　　　　　　　　　　　　　　　　　400 Renaissance Center
　　　　　　　　　　　　　　　　　Detroit, MI 48243
　　　　　　　　　　　　　　　　　(313) 568-6723
　　　　　　　　　　　　　　　　　rellis@dykema.com

　　　　　　　　　　　　　　　　　*Attorneys for Defendant, General Motors LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on August 6, 2018, the foregoing **MOTION FOR ADMISSION PRO HAC VICE** was electronically filed with the Clerk of Court using the CM/ECF system which sent notification to all counsel of record.

*/s/ Robert H. Ellis*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROOKS AUTOMOTIVE GROUP, INC, *formerly known as* BROOKS OLDSMOBILE-CADILLAC-GMC TRUCK, INC., and B.L.P. REAL ESTATE, LLC<br>　　　　　Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br>　　　　　Defendant. | CIVIL ACTION NO.:<br>2:18-cv-00798-AJS<br><br>The Hon. Arthur J. Schwab |

## AFFIDAVIT OF ROBERT HUGH ELLIS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Robert Hugh Ellis, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant, General Motors LLC pursuant to LCvR 83.2.B:

1. I am a member of Dykema Gossett PLLC.

2. My business address is 400 Renaissance Center, Detroit, Michigan, 48243.

3. I am a member in good standing of the state bars of Michigan and Wisconsin.

4. My Michigan bar identification number is P72320. My Wisconsin bar identification number is 1057332.

5. A current certificate of good standing from Michigan is attached to this Affidavit as Exhibit A. A current certificate of good standing from Wisconsin is attached to this Affidavit as Exhibit B.

1

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter. I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: 8/6/2018

Robert Hugh Ellis

Denice A. Broderson
DENICE A. BRODERSON
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Oct 31, 2020
ACTING IN COUNTY OF Wayne

2

## THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Robert Hugh Ellis*

was admitted to the practice of law in the courts of the State of Michigan on

*November 13, 2008*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: June 01, 2018

Clerk



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Sheila T. Reiff
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

*I, Christopher J. Paulsen, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

**ROBERT HUGH ELLIS**

*was admitted to practice as an attorney within this state on September 10, 2008 and is presently in good standing in this court.*

Dated: June 5, 2018

*CHRISTOPHER J. PAULSEN*
*Chief Deputy Clerk of Supreme Court*

AP-7000, 03/2005 Certificate of Good Standing