IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BROOKS AUTOMOTIVE GROUP )
)
Plaintiff(s) )
v. ) Civil Action No. 2:18-cv-798-AJS
)
GENERAL MOTORS LLC. )
)
Defendant(s) )

# REPORT OF NEUTRAL

A **MEDIATION** session was held in the above captioned matter on **9-13-18**.

The case (please check one):
    _____ has resolved
    _____ has resolved in part (see below)
    __X__ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____
_____
_____

Dated: 9-13-18            /s/ Eugene F. Scanlon, Jr.
                                      Signature of Neutral

Rev. 09/11