# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BROOKS AUTOMOTIVE GROUP, INC. *formerly known as* BROOKS OLDSMOBILE-CADILLAC-GMC TRUCK, INC., B.L.P. REAL ESTATE, LLC,

    Plaintiffs,

v.

GENERAL MOTORS LLC,

    Defendant.

Case No. 2:18-cv-00798-AJS

Hon. Arthur J. Schwab

## INDEX OF EXHIBITS

1. Dealer Agreement
2. November 17, 2016 (First) APA
3. April 19, 2017 Correspondence
4. June 14, 2017 Correspondence
5. June 27, 2017 (Second) APA
6. Real Property Agreement

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243