UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROOKS AUTOMOTIVE GROUP, INC. formerly known as BROOKS OLDSMOBILE-CADILLAC-GMC TRUCK, INC. and B.L.P. REAL ESTATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | CIVIL NO. 2:18-CV-00798-MJH<br><br>Hon. Marilyn J. Horan<br><br><br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW this _____ day of _____, 2019, upon consideration of Plaintiffs' motion for reconsideration and for good cause shown said motion is hereby GRANTED. The Court's Opinion and Order is hereby modified and amended to reflect that Defendant's motion to dismiss Count III of Plaintiff's Complaint is denied and that said Count III, including Brooks' claims for punitive damages, is reinstated. Plaintiffs shall file a second amended complaint restating Brooks' claim for tortious interference with contract, and punitive damages, within five (5) days of the date of this Order. Defendant GM shall file an answer to Plaintiffs' second amended complaint within seven (7) days of the date of said filing of Plaintiffs' second amended complaint.

By the Court.

_____ J.