IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| BROOKS AUTOMOTIVE GROUP, INC, B.L.P. REAL ESTATE, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | 2:18-CV-00798-MJH |
| vs. | ) ) ) | |
| GENERAL MOTORS LLC, | ) ) | |
| Defendant, | | |

ORDER

And Now this 15th Day of March 2019, upon review of Plaintiffs' Motion for Reconsideration of this Court's Opinion and Order Granting Defendant's Motion to Dismiss Count III of Plaintiffs' Complaint and Brief (ECF Nos. 38 and 39), Defendant's Response and and Brief (ECF Nos. 43 and 44), and Plaintiffs' Reply Brief (ECF No. 46), it is ordered that said Motion is denied.

BY THE COURT:

*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge