IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| BROOKS AUTOMOTIVE GROUP, INC, <br> B.L.P. REAL ESTATE, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS LLC, <br><br> Defendant, | 2:18-CV-00798-MJH |

### ORDER

AND NOW upon consideration of Plaintiffs' unopposed motion to file certain documents related to their motion for partial summary judgment under seal as concurred in by Defendant General Motors LLC, said motion is GRANTED. Plaintiffs shall file Exhibits P-17, P-20, P-30, P-46, and P-54 with the Clerk of Court under seal within five (5) days of the date of this Order.

This Order authorizing the filing of certain materials under seal is provisional in that it may be vacated or modified, in whole or in part, at any time for good cause shown upon the motion of any party (or any other person with a recognized interests as to such matters), or by the Court upon its own motion.

Dated: January 24, 2020

BY THE COURT:

*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge