UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROOKS AUTOMOTIVE GROUP, INC. formerly known as BROOKS OLDSMOBILE-CADILLAC-GMC TRUCK, INC. and B.L.P. REAL ESTATE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | CIVIL NO. 2:18-CV-00798-MJH <br><br> Hon. Marilyn J. Horan <br><br><br><br><br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER AND EXTEND TIME FOR FILING RESPONSE TO GM'S MOTION *IN LIMINE* RE: JOSEPH F. ROESNER**

NOW COME Plaintiffs Brooks Automotive Group, Inc. formerly known as Brooks Oldsmobile-Cadillac-GMC Truck, Inc. ("Brooks") and B.L.P. Real Estate, LLC ("BLP") (collectively "Plaintiffs"), by and through their undersigned counsel, Dilworth Paxson LLP, and file Plaintiffs' Unopposed Motion To Modify Scheduling Order and Extend Time For Filing Response To GM's Motion *In Limine* Re: Joseph F. Roesner pursuant to Fed. R. Civ. P. 6, LCvR 7 and LCvR 16.1 B.5 as follows:

1. On September 18, 2019, the Court issued an amended Scheduling Order establishing case deadlines for the exchange of expert reports, expert depositions and motions for summary judgment, along with responses and replies thereto ("Scheduling Order").

2. In accordance with the Scheduling Order, GM filed a motion for summary judgment with supporting brief and documents on January 17, 2020. Plaintiffs filed their motion for partial summary judgment with supporting brief and documents on the same date.

3. In addition to its motion for summary judgment, Defendant GM also filed GM's Motion To Exclude the Opinions and Testimony of Joseph F. Roesner ("Motion *In Limine*").

4. Plaintiffs believe that GM' Motion *In Limine* is premature under LCvR 16.1 B3, which provides that motions *in limine* shall be filed in accordance with a Final Scheduling Order, which include dates for pretrial statements and a pretrial conference.

5. No Final Scheduling Order has been issued and no pretrial conference has been scheduled in this case.

6. However, given the nature and timing of the filing GM's Motion *In Limine*, with GM's motion for summary judgment, Plaintiffs viewed the time for response to GM's Motion *In Limine* as the same – February 14, 2020, as established by the above-referenced Scheduling Order. GM's reply, if any, would be due February 28, 2020. (The Scheduling Order did not address motions *in limine* or the time for responses thereto.)

7. Plaintiffs have contacted counsel for GM who has indicated that GM does not agree that its motion *in limine* is premature nor that the time for Plaintiffs' response is governed by the Court's Scheduling Order. GM believes that the response time is governed by the general 7-day rule set forth in the Court's Standing Order and Procedures on Civil Motion Practice. However, GM has agreed to provide Plaintiffs with an extension of time until February 14, 2020 to respond to GM's motion *in limine*.

8.   Plaintiffs now file the within motion to modify the Scheduling Order to extend the time for Plaintiffs' response to GM's motion *in limine* to February 14, 2020.

9.   The granting of this motion will not result in any undue delay or prejudice.

WHEREFORE, Plaintiffs respectfully request that the within motion to extend time to respond to GM's motion *in limine* be granted in accordance with the proposed order. A Scheduling Order Certificate is also being filed.

Dated: January 31, 2020

Respectfully submitted,
DILWORTH PAXSON LLP

John B. Consevage, Esq. (PA Atty. I.D. No. 36593)
Penn National Insurance Plaza
2 N. 2nd Street, Suite 1101
Harrisburg, PA 17101
Tel.: (717) 213-4105
Fax: (717) 236-7811
jconsevage@dilworthlaw.com

*Attorneys for Plaintiffs*

3

121332621_1

## CERTIFICATE OF SERVICE

I, John B. Consevage, do hereby certify that the foregoing *Plaintiffs' Unopposed Motion to Modify Scheduling Order and Extend Time for Filing Response to GM's Motion In Limine Re: Joseph F. Roesner* was electronically filed via the ECF system on the date set forth below, and therefore, made available to all counsel of record, as follows:

> Robert Hugh Ellis, Esquire
> Dykema Gossett PLLC
> 400 Renaissance Center
> Detroit, MI 48243
> Tel: (313) 568-6723
> REllis@Dykema.com
> *Attorneys for Defendant*

Dated: January 31, 2020

John B. Consevage, Esq.
PA Atty. I.D. No. 36593
DILWORTH PAXSON LLP
Penn National Insurance Plaza
2 N. 2nd Street, Suite 1101
Harrisburg, PA 17101
Tel.: (717) 213-4105
Fax: (717) 236-7811
jconsevage@dilworthlaw.com
*Attorneys for Plaintiffs*

121332621_1