## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BROOKS AUTOMOTIVE GROUP, INC. :
formerly known as BROOKS :
OLDSMOBILE-CADILLAC- : CIVIL NO. 2:18-CV-00798-MJH
GMC TRUCK, INC. and :
B.L.P. REAL ESTATE, LLC, : Hon. Marilyn J. Horan
:
Plaintiffs, :
:
v. :
:
GENERAL MOTORS LLC, : JURY TRIAL DEMANDED
:
Defendant. :

### ORDER

AND NOW upon consideration of Plaintiffs' unopposed motion to modify Scheduling

Order and extend time for filing of Plaintiffs' responses to GM's Motion *In Limine* re: Joseph F.

Roesner, and for good cause show, said motion is granted. Plaintiffs' shall file their response to

GM's Motion *In Limine* on or before February 14, 2020, the same date that responses are due to

the parties' respective summary judgment motions. GM's reply, if any, will be due on or before

February 28, 2020.

By the Court.

Dated: February 1, 2020

_____ J.

121332621_1