IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| BROOKS AUTOMOTIVE GROUP, INC., B.L.P. REAL ESTATE, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS LLC, <br><br> Defendant, | 2:18-CV-00798-MJH |

ORDER

And now this 8th Day of May 2020, upon consideration of Defendant, GM's Motion for Summary Judgment and Plaintiffs, Brooks and BLP's Motion for Partial Summary Judgment, the parties' briefs, appendices, and concise statements of material facts, GM's Motion for Summary Judgment is granted in part and denied in part. GM's Motion is granted as to Count I, violation of the Board of Vehicles Act, Section 12(b)(5). Brooks and BLP's Motion for Partial Summary Judgment as to Count I is denied. Judgment is entered in favor of the Defendant and against the Plaintiffs as regards Brooks and BLP's claim under Count I, Section 12(b)(5) of the Board of Vehicles Act.

Further, GM's Motion for Summary Judgment as to Count II, liability under the Board of Vehicles Act, Section 12(b)(3), is denied. In addition, GM's Motion for Summary Judgment as to Count II, BLP's damages claim for real estate sale, is denied. Finally, GM's Motion for Summary Judgment as to Count II, damages for Brooks' claimed operating losses, is granted. Judgment is entered in favor of Defendant, GM and against the Plaintiff, Brooks as regards Brooks' claimed operating losses.

BY THE COURT:

_Marilyn J. Horan_ (signature)
Marilyn J. Horan
United States District Judge