## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROOKS AUTOMOTIVE GROUP, INC. *formerly known as* BROOKS OLDSMOBILE-CADILLAC-GMC TRUCK, INC., B.L.P. REAL ESTATE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | CIVIL ACTION NO. 2:18-cv-00798-MJH<br><br>Hon. Marilyn J. Horan |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, this matter having come before the Court on the stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the Plaintiffs' claims in this litigation are dismissed with prejudice and without costs or fees to any party.

This is a FINAL ORDER and closes the case.

Dated: August 13, 2020

*/s/ Marilyn J. Horan*
U.S. District Judge

SO STIPULATED:

| | |
|---|---|
| */s/ John B. Consevage*<br>John B. Consevage, Esq.<br>Jerry R. DeSiderato, Esq.<br>DILWORTH PAXSON LLP<br>*Attorneys for Plaintiffs*<br>Penn National Insurance Plaza<br>2 North 2nd Street, Suite 1101<br>Harrisburg, PA 17101<br>(717) 213-4105<br>jconsevage@dilworthlaw.com | */s/ Robert Hugh Ellis*<br>Michael C. Cooney, Esq.<br>Robert Hugh Ellis, Esq.<br>DYKEMA GOSSETT PLLC<br>*Attorneys for General Motors LLC*<br>400 Renaissance Center<br>Detroit, MI 48243<br>(313) 568-6723<br>rellis@dykema.com |